**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6477**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

    v.

ROBERT B. CLARKSON, 515 Concord Avenue,

              Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Lacy H. Thornburg, District Judge. (1:08-mc-0005-LHT)

Submitted: January 29, 2009     Decided: February 23, 2009

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Robert B. Clarkson, Appellant Pro Se. Jill Westmoreland Rose, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

The Appellant, Robert B. Clarkson, seeks to appeal the district court's orders denying his motion under Fed. R. Crim. P. 41(g) seeking return of evidence seized during a search and denying his motion for reconsideration. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The orders Clarkson seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. See United States v. Reg'l Consulting Servs. for Econ. and Cmty. Dev., Inc., 766 F.2d 870, 874-75 (4th Cir. 1985). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2